No. 80–1158. FLORIDA *v.* RODRIGUEZ. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. THE CHIEF JUSTICE, JUSTICE BLACKMUN, and JUSTICE POWELL would grant certiorari and reverse the judgment.